CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for LAKEISHA PEARSON,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR.S-08-405-EJG |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| LAKEISHA PEARSON, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in this matter for October 31, 2008, be continued to November 21, 2008, at 10:00 a.m.

This continuance is sought by the parties for the following reasons: within this case number are encompassed two matters transferred to this District pursuant to Rule 20, one from the Western District of Wisconsin and one from the Southern District of Alabama; both cases concern similar and related activities; it is the Government's intent to create one, global plea agreement to resolve both cases as agreed by the other jurisdictions; counsel for the

Government awaits further information from those jurisdictions and from case agents before preparation of the proposed plea agreement; once an agreement is presented to defense counsel, additional time will be required for review with the defendant.  The parties further request that this matter again be calendared as a status conference and will timely pre-notify this Court if a change of plea is contemplated.

Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through November 21, 2008, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

Dated: October 30, 2008         /s/ Candace A. Fry
                                CANDACE A. FRY, Attorney for
                                LAKEISHA PEARSON, Defendant


Dated: October 30, 2008         McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Candace A. Fry for
                                MATTHEW D. SEGAL,
                                Assistant United States
                                Attorney

                                (Signed for Mr. Segal with
                                his prior authorization)

**O R D E R**

IT IS SO ORDERED.

Dated: October 30, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
SENIOR U.S. DISTRICT COURT JUDGE