CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for LAKEISHA PEARSON,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-08-405-FCD |
| Plaintiff, | **WAIVER OF DEFENDANT'S PRESENCE** |
| v. | |
| LAKEISHA PEARSON, | |
| Defendant. | |

The defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, initial appearance, plea, trial confirmation hearing, impanelment of jury, every trial stage including verdict, and imposition of sentence. The defendant hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver, agrees that her interests will be deemed represented at all times by the presence of her attorney the same as if she were personally present, and further

1 agrees to be present in court and ready for trial any day and hour the
2 court may fix in her absence.

3     The defendant further acknowledges that she has been informed of
4 her rights under Title 18 U.S.C. Sections 3161 - 3174 (Speedy Trial
5 Act), and authorizes her attorney to set times and delays under that
6 act without her being present.

7 Dated: 11/21/08                                      /s/ Lakeisha Pearson
                                               LAKEISHA PEARSON, Defendant
8                                                (original retained in
9                                                attorney's file)

10     I agree with and consent to my client's waiver of appearance.

11 Dated: 11/21/08                                      /s/ Candace A. Fry
                                               CANDACE A. FRY, Attorney for
12                                                Defendant ALICE PETERSON

13

14 IT IS SO ORDERED.

15

16 Dated: December 4, 2008

                                               FRANK C. DAMRELL, JR.
17                                                UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28