MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>         Plaintiff,  )<br>            )<br>    v.      )<br>            )<br>LAKEISHA PEARSON   )<br>            )<br>         Defendant.   )<br>_____ ) | CASE NO. 2:08-CR-405 FCD<br><br>STIPULATION AND ORDER TO SET<br>STATUS CONFERENCE AND<br>EXCLUDE TIME |

The Pearson case was recently ordered transferred to Your Honor's Court as related to United States v. Barksdale, et al., Case No. 2:08-CR-263 FCD.  (C.R. 23.)  The Related Case Order vacated all dates in the Pearson case.  (Id.)

The United States and Lakeisha Pearson request that a status conference in the Pearson case be set for January 6, 2008 at 10:00 a.m..  They stipulate that the time between the last status conference, which occurred on November 21, 2008, and January 6, 2008 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for

1

the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, the multi-district nature of this case has demanded more time to analyze factually and legally.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATE: December 29, 2008      By:   /s/ Matt Segal
                                              MATTHEW D. SEGAL
                                              Assistant U.S. Attorney

DATE: December 29, 2008          /s/ Candace Fry
                                              CANDACE FRY
                                              Attorney for Defendant

**IT IS SO ORDERED.**

DATE: December 29, 2008

                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE