UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



FILED
AUG 10 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Honorable Frank C. Damrell, Jr.
Senior United States District Judge
Sacramento, California

          RE:   Lakeisha PEARSON
          Docket Number:  2:08CR00405-01
          **AMENDED SCHEDULE OF DISCLOSURE**

Your Honor:

Per agreement with all parties, on motion of the defendant filed April 15, 2009, the Judgment and Sentencing in this case was continued to September 14, 2009 at 10 a.m. However, an amended disclosure schedule was not prepared. Please refer to the attached amended Schedule for Disclosure for your approval. This matter was originally submitted to the Court on April 16, 2009; however, it appears to have been overlooked.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the case.

          Respectfully submitted,

          THOMAS H. BROWN
          Senior United States Probation Officer

REVIEWED BY:   KAREN A. MEUSLING
          Supervising United States Probation Officer

Dated:   August 6, 2009
       Sacramento, California
       THB:thb

Attachment

**RE:    Lakeisha PEARSON**
**Docket Number:   2:08CR00405-01**
**AMENDED SCHEDULE OF DISCLOSURE**

cc:    Clerk, United States District Court
       Matthew D. Segal, Assistant United States Attorney
       Candace Fry, Defense Counsel

✓ Approved

FRANK C. DAMRELL, JR.
United States District Judge

8/7/09
Date

___ Disapproved

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:   2:08CR00405-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Lakeisha PEARSON | |
| Defendant. / | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 09/14/2009 at 10 a.m. |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 09/07/2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 08/31/2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 08/24/2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 08/10/2009 |