UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA



FILED

SEP 11 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

### PRETRIAL SERVICES VIOLATION PETITION

The United States,

-vs-

Lakeisha Pearson

Docket No. 2:08-CR-405-FCD

**COMES NOW** Rebecca A. Fidelman, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Lakeisha Pearson who was placed on bond by the Honorable Kimberly J. Mueller, sitting in the Court at Sacramento, California, on the 26th day of June 2008, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** On January 6, 2009, Ms. Pearson pled guilty to Count 2 of the Indictment issued out of the Western District of Washington, 18:1344 - Bank Fraud, pursuant to Rule 20 proceedings. Her case is set for Judgment and Sentencing on September 14, 2009, before the Honorable Frank C. Damrell.

**BOND CONDITIONS:** On June 26, 2008, the defendant was released on a $25,000 unsecured bond, co-signed by her grandmother, and into the third party custody of her grandmother with Pretrial Services supervision and special conditions of release. Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has violated her conditions of release in that on September 10, 2009, she left her third party custodians home, without approval. Ms. Pearson also violated her condition to comply with the electronic monitoring program (condition #12), as she absconded from her residence, her current whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER** a No Bail bench warrant be issued.

**LAST KNOWN ADDRESS:** On file with Pretrial Services

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Rebecca A. Fidelman
Rebecca A. Fidelman
Pretrial Services Officer
DATE: September 11, 2009

### ORDER

_X_  The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _No Bail_ .

____  The Court hereby orders this ex parte motion and order be sealed.

____  The Court orders a summons be issued with an appearance date of _____.

____  The Court hereby orders this matter placed on this court's calendar on, at and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____  The Court orders no action be taken.

Considered and ordered this _11th_ day of _September_, 2009, and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

**BOND CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;
2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;
3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;
5. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;
6. You shall submit to drug or alcohol testing as approved by the pretrial services officer;
7. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
8. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;
9. You shall not associate or have any contact with the co-defendants in this case, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;
10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours.
11. You are released to the third-party custody of Doris Haynes;
12. You shall participate in the following home confinement program components and abide by all the requirements of the program, which ( X ) will or ( ) will not include electronic monitoring.
    CURFEW: You are restricted to your residence every day from   10:00 p.m.   To   7:00 a.m.   As directed by the pretrial services officer.
13. You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company.

Amended: August 13, 2009

**CHRONOLOGY OF EVENTS:**

On August 12, 2009, a violation petition was filed with the U.S. District Court alleging the defendant absconded from her residence from August 3, to August 11, 2009. On August 13, 2009, the defendant appeared before the Honorable Dale A. Drozd, for a bail violation hearing. On this date, the court ordered her conditions to be modified to substitute her third party custodian, and add electronic monitoring.