**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **Docket No.: 0972 2:08CR00405-001** |
| **Lakeisha Pearson** ) | |
| ) | |
| ) | |

On 9/27/2010, the above-named was sentenced to Supervised Release for a period of 60 months. Supervision commenced on February 13, 2012.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/Garey R. White
Garey R. White
United States Probation Officer

Dated:   August 22, 2016
             Sacramento, California

              /s/George A. Vidales
**REVIEWED BY:    GEORGE A. VIDALES**
                       **Supervising United States Probation Officer**

1

Re:  Lakeisha Pearson
Docket No: 0972 2:10CR00075-001
Report and Order Terminating Supervised Release
**Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Lakeisha Pearson be discharged from Supervised Release, and that the proceedings in the case be terminated.

August 24, 2016
**Date**

Troy L. Nunley
United States District Judge

Attachment:  Recommendation

cc:  AUSA – Matthew D. Segal
FLU Unit – United States Attorney's Office
Fiscal Clerk - Clerk's Office
Supervisee - Lakeisha Pearson